FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0504

_____

FLYING T RANCH, LLC.,

      Plaintiff and Appellant,

v.

                                        O R D E R

CATLIN RANCH, LP.,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Randal I. Spaulding, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020